CLEAR FORM

Name David P. Bender, Jr.
Address 864 E. Santa Clara Street
City, State, Zip Ventura, CA 93001
Phone (805) 288-1300
Fax (805) 288-1301
E-Mail dbender@andersonkill.com

☐ FPD ☐ Appointed ☐ CJA ☐ Pro Per ☒ Retained

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Cove Partners, LLC<br><br>PLAINTIFF(S),<br>v.<br>XL Specialty Insurance Co.<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:15-cv-07365-SJO-GJS<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Cove Partners, LLC hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
Order Granting Motion to Dism. all claims

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on February 2, 2016. Entered on the docket in this action on February 2, 2016.

A copy of said judgment or order is attached hereto.

March 1, 2016
Date

/s/ David P. Bender, Jr.
Signature
☐ Appellant/ProSe ☒ Counsel for Appellant ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

## CERTIFICATE OF SERVICE

I, David P. Bender, Jr., an attorney, hereby certify that on March 1, 2016, I caused a copy of the foregoing document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Central District of California, on all parties registered for e-filing in Case Number **CV 15-07635 SJO (GJSx)**. Counsel of record are required by the Court to be registered e-filers, and as such, are automatically e-served with a copy of the documents upon confirmation of e-filing.

/s/ David P. Bender, Jr.
**DAVID P. BENDER, JR.**